UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| STEVEN A. GEHRMAN, | Civil No. 3:11-CV-05766-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The Court, based upon Defendant's Unopposed Motion to Dismiss Without Prejudice, hereby ORDERS that Plaintiff's complaint is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 12(b)(1).

DATED this 29th day of February, 2012.

　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

s/ Brett E. Eckelberg
BRETT E. ECKELBERG
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3748
Fax: (206) 616-2531
brett.eckelberg@ssa.gov